**Order entered April 23, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00392-CV

## IN THE INTEREST OF M.M.M. AND C.N.M., CHILDREN

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-l7-09018**

# ORDER

This is an accelerated appeal involving the termination of appellant's parental rights. By letter dated April 8, 2019, we notified appellant his notice of appeal was untimely and directed him to file an extension motion to cure the timeliness problem. We suspended the deadline for the reporter's record pending resolution of our jurisdiction over this appeal.

Before the Court is appellant's April 19, 2019 motion for an extension of time to file his notice of appeal. We **GRANT** the motion. The notice of appeal filed on April 2, 2019 is deemed timely for jurisdictional purposes.

We **ORDER** Shantel Beheler, Official Court Reporter for the 301st Judicial District Court, to file the reporter's record by **May 3, 2019**. We caution Ms. Beheler that extension requests will be disfavored.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Beheler and all parties.

/s/    KEN MOLBERG
        JUSTICE